AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Eugen Baten, Chester Willis, Charlette Plummer-Wooley, Bakari Sellers, Cory C. Alpert, Benjamin Horne,<br>*Plaintiffs*<br>v.<br>Henry McMaster, i/o/c as Gov. of South Carolina; Mark Hammond, i/o/c as Secretary of State of South Carolina; the South Carolina Election MCommission; Billy Way, Jr., Mark Benson, Marylin Bower, E. Allen Dawson, Nicole Spain White, i/o/c as Commission Members of the Election Commission<br>*Defendants* | ) ) ) Civil Action No.   2:18-cv-00510-DCN ) ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The court grants the defendants' Motion to Dismiss.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on motion to dismiss.

Date:  March 11, 2019                                     *CLERK OF COURT*

                                                                              s/John P. Bryan, Jr.
                                                                              *Signature of Clerk or Deputy Clerk*