FILED: September 1, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1297
(2:18-cv-00510-DCN)

_____

EUGENE BATEN; CHESTER WILLS; CHARLETTE PLUMMER-WOOLEY; BAKARI SELLERS; CORY C. ALPERT; BENJAMIN HORNE

      Plaintiffs - Appellants

v.

HENRY MCMASTER, in his official capacity as Governor of the State of South Carolina; MARK HAMMOND, in his official capacity as Secretary of the State of South Carolina; SOUTH CAROLINA ELECTION COMMISSION; BILLY WAY, JR., in his official capacity as a Chair of the Election Commission; MARK BENSON, in his official capacity as a Commission Member of the Election Commission; MARILYN BOWER; E. ALLEN DAWSON, in his official capacity as a Commissioner Member of the Election Commission; NICOLE SPAIN WHITE, in her official capacity as a Commission Member of the Election Commission

      Defendants - Appellees

------------------------------

EDWARD FOLEY

      Amicus Curiae

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                                        For the Court

                                        /s/ Patricia S. Connor, Clerk